■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BURROUGHS, Appellant. (Appeal No. 2.) [595 NYS2d 357] —Judgment unanimously affirmed. Same Memorandum as in *People v Burroughs* ([appeal No. 1] 191 AD2d 956 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Bergin, J.—Burglary, 1st Degree.) Present—Denman, P. J., Green, Balio, Doerr and Boehm, JJ.